UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of himself and all others similarly situated,
    Plaintiff,

     v.                                       CASE NO.: 1:20-cv-4557

FENTY BEAUTY LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant Fenty Beauty, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 16, 2020                            Respectfully Submitted,

                                                         /s/David Paul Force
                                                         David Paul Force Esq.

SO ORDERED. The case is DISMISSED with prejudice. The Clerk of Court is respectfully directed to close the case. 7/28/2021

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

                                                         **Stein Saks, PLLC**
                                                         285 Passaic Street
                                                         Hackensack, NJ 07601
                                                         dforce@steinsakslegal.com
                                                         Tel. 201-282-6500
                                                         Fax 201-282-6501
                                                         *Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 16th day of June, 2020　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ David Paul Force*
　　　　　　　　　　　　　　　　　　　David Paul Force